

*Diócesis de Cúcuta*
*PARROQUIA DIVINO NIÑO JESÚS*
*Nit: 800.195.137-9*

**EL PÁRROCO DE LA PARROQUIA DIVINO NIÑO JESÚS**

**HACE CONSTAR**

Que conoce al Doctor **JUAN CARLOS BALAGUERA  VILLAMIZAR** con c.c. 13'507.607 de ciudadanía, abogado de profesión, hace más de veinte años.

Que el Doctor **JUAN CARLOS**, es feligrés de la Parroquia Divino Niño Jesús y ha estado vinculado a las diferentes actividades, tanto en el aspecto espiritual como material; sé de su responsabilidad y tenacidad para responder al objetivo trazado, como es su profesión  y obtener logros en su proyecto de vida. Es atento, dinámico, servicial,  formal en el trato con las personas y respetuoso; además tiene una formación  que lo acredita como persona de valores morales y civiles.

Cualquier otra información de carácter personal, con gusto estoy atento a responder con solicitud.

Villa del Rosario, 8 de abril de 2021.

**JOSE EMÍN MORA CAMARGO, Pbro.**
Cel. 310 778 7411

/Logo/

*Diocese of Cucuta*
*PARROQUIA DIVINO NIÑO JESUS*
*[DIVINE CHILD JESUS PARISH]*
*Nit: 800-195-137-9*

**THE PARISH PRIEST OF THE PARROQUIA DIVINO NIÑO JESUS**
**[DIVINE CHILD JESUS PARISH]**

**ATTESTS**

That he knows Dr. **JUAN CARLOS BALAGUERA VILLAMIZAR**, bearer of citizenship I.D. 13-507-607, attorney by profession, for more than twenty years.

That Dr. **JUAN CARLOS**, is a parishioner of the Parroquia Divino Niño Jesus [Divine Child Jesus Parish] and has been linked to different activities, both in the spiritual and material aspects; I know of his responsibility and tenacity to respond to the set goal, as is his profession and his achievements to obtain his life project. He is attentive, dynamic, helpful, formal in dealing with people and respectful; in addition, he has a training that certifies him as a person of moral and civil values.

As to any other information of a personal nature, I am glad to respond if requested.

Villa del Rosario, 8th of April 2021.

*(Signature) Jose Emin Mora*
JOSE EMIN MORA CAMARGO, Parish Priest
Cellular: 310 778 7411

/Illegible Ink Stamp/
*/paraph/*

*Autopista Internacional [International Expressway] Km. 3, Barrio [Neighborhood] Lomitas, Villa del Rosario (N. S.) Colombia*
*Tel: 5700827 - 5761523*
*E-mail: divinoninojesuslomitas@hotmail.com*

*JAA (1)*



**MINISTERIO DE DEFENSA NACIONAL**
POLICÍA NACIONAL
POLICÍA METROPOLITANA DE CÚCUTA

San José de Cúcuta, 20 de Abril de 2021

EL PROMOTOR PARA LA CORRESPONSABILIDAD Y SEGURIDAD CIUDADANA

**HACE CONSTAR QUE**

Que Conoce Al Doctor JUAN CARLOS BALAGUERA VILLAMIZAR, Identificado Con Cedula De Ciudadanía N° 13.507.607 Abogado De Profesion.

Que el doctor JUAN CARLOS BALAGUERA VILLAMIZAR, se vincula a las diferentes actividades sociales que se realizan a través del programa jóvenes a lo bien, que lidero en el grupo de prevención y educación ciudadana, asi mejorando la seguridad y convivencia ciudadana, es de anotar que dichas actividades van dirigidas a la población menos faurecida y vulnerable de la ciudad de cucuta, demostrando con esto su buen sentido de pertenencia y beuna conducta de ciudadno ejemplar.

Atentamente

Patrullero YEISON ORTEGA MALDONADO
Promotor para La corresponsabilidady seguridadciudadana
Elaborado por P/T yeison ortega maldonado
Fecha Elaboración: 20/04/2021
Ubicación:PRECI/REDDEAPOYO/OFICOS2020

Avenida Demetrio Mendoza entre Calles 22 y 24 San Mateo
Teléfono (7) 3143873954
mecuc.polco@policia.gov.co
**www.policia.gov.co**
1DS – OF – 0001Página 1 de 1          Aprobación: 07/04/2014
VER: 2






/Logo/
**MINISTRY OF NATIONAL DEFENSE**
NATIONAL POLICE
METROPOLITAN POLICE OF CUCUTA

San Jose de Cucuta, 20th of April 2021

THE PROMOTER FOR CITIZEN CO-RESPONSIBILITY AND SAFETY

**ATTESTS THAT**

He knows Dr. JUAN CARLOS BALAGUERA VILLAMIZAR, bearer of citizenship I.D. No. 13-507-607, attorney by profession.

That Dr. JUAN CARLOS BALAGUERA VILLAMIZAR is linked to the different social activities that are carried out through the youth to do good program, which I lead in the prevention and citizen education group, thus improving security and citizen coexistence, it should be noted that these activities are aimed at the less favored and vulnerable population of the city of Cucuta, thereby demonstrating his good sense of belonging and good behavior as an exemplary citizen.

Yours truly,

*(Signature) /Illegible/*
Patrolman YEISON ORTEGA MALDONADO
Promoter for Citizen Co-responsibility and Safety

Avenida [Ave.] Demetrio Mendoza between Calles [Streets] 22 and 24 San Mateo
Telephone (7) 3143873954
mecuc.polco@policia.gov.co
www.policia.gov.co
IDS-OF-0001Page 1 of 1                    Approved: 04/07/2014
VER: 1                                                                              /Four Logos/

*JAA (2)*



NIT. 900.273.656-7

# CERTIFICACION

Por medio del presente y actuando en calidad de director de la **FUNDACION AYUDA EN ACCIÓN**, identificada con **NIT. 900.273.656-7**, **CERTIFICO** que el señor **JUAN CARLOS BALAGUERA VILLAMIZAR**, quien se identifica con la cedula de ciudadanía No. **13.507.607** de Cúcuta, es una persona honrada, respetuosa, colaboradora, que aporta a nuestra entidad distinguiéndose como benefactor de la misma y doy fe que es un gran ser humano.

Atentamente,

*Alejandro Mojica*
**ALEJANDRO MOJICA PARDO**
Director Administrativo

Cra. 16 # 93A- 16 Ofic. 201
Teléfono: 7431857
Bogotá D.C.

/Logo/ **Assistance in Action**

NIT: 900-273-656-7

# CERTIFICATION

Hereby and acting as director of the **AYUDA EN ACCION [ASSISTANCE IN ACTION] FOUNDATION**, identified with **NIT. 900-273-656-7**, **I CERTIFY** that Mr. **JUAN CARLOS BALAGUERA VILLAMIZAR**, bearer of citizenship I.D. No. **13-507-607** of Cucuta, is an honest, respectful, collaborative person, who contributes to our entity distinguishing himself as a benefactor of the same and I attest that he is a great human being.

Yours truly,

*(Signature) Alejandro Mojica*
**ALEJANDRO MOJICA PARDO**
Administrative Director

Cra. 16 # 93A-16 Office 201
Telephone: 7431857
Bogota, D.C.

*JAA (3)*

# CONJUNTO RESIDENCIAL THE RIVERS COUNTRY
### NIT. 807.006.934-9

## LA ADMINISTRACION

## CERTIFICA

Que el señor **JUAN CARLOS BALAGUERA VILLAMIZAR**, identificado con la cedula de ciudadanía No. **13.507.607** expedida en Cúcuta, ha residido en el **CONDOMINIO THE RIVERS COUNTRY**, ubicado en la avenida 1 No. 26-60 vía Club Tenis, autopista Pinar del Rio, aproximadamente durante cinco (5) años, tiempo durante el que habitó en la casa No. 2 siendo su sitio de residencia familiar actual y se distinguió como una persona muy colaboradora, cumplidora  de sus obligaciones familiares y reconocido por la comunidad como una persona honorable y respetuosa.

Se expide a solicitud de la parte interesada a los siete (07) días del mes de abril de 2021.

Cordialmente,

**ALEXANDER RINCÓN RODRÍGUEZ**
Administrador

---

Avenida 1 No. 26 – 60  vía Club Tenis, Autopista Pinar del Rio    Celular: 310 804 7384
Email: theriverscountry99@gmail.com
Cúcuta - Colombia

## CONJUNTO RESIDENCIAL THE RIVERS COUNTRY
### [THE RIVERS COUNTRY RESIDENTIAL COMPLEX]
NIT. 807-006-934-9

# THE ADMINISTRATION

# CERTIFIES

*That Mr. **JUAN CARLOS BALAGUERA VILLAMIZAR**, bearer of citizenship I.D. No. 13-507-607 issued in Cucuta, has resided in **THE RIVERS COUNTRY CONDOMINIUM**, located on Avenida [Ave.] 1 No. 26-60 via Club Tenis [Tennis Club], Autopista Pinar del Rio [Pinar del Rio Expressway], for approximately five (5) years, during which time he lived in house No. 2 being his current family residence site and distinguished himself as a very collaborative person, fulfilling his family obligations and recognized by the community as an honorable and respectful person.*

*It is issued at the request of the interested party on the seventh (07th) day of April 2021.*

*Cordially,*

*(Signature) /Illegible/*
***ALEXANDER RINCON RODRIGUEZ***
*Manager*

---

Avenida [Ave.] No. 26-60 via Club Tenis [Tennis Club], Pinar del Rio highway  Celular: 310 804 7384
E-Mail: theriverscountry99@gmail.com
Cucuta – Colombia

**_JAA (4)_**



**AGENCIA DE VIAJES LAURYS TOURS**
**NIT: 27894453-7**
**R.N.T. 88741**

VILLA DEL ROSARIO, 20 DE ABRIL DEL 2021.

A QUIEN PUEDA INTERESAR

Yo, ***LAURA MILENA GONZALEZ,*** Venezolana, mayor de edad, identificada con cedula de ciudadanía N° 27.894.453 de villa del rosario y en mi carácter de ***GERENTE GENERAL*** y firma Autorizada de ***LA AGENCIA DE VIAJES LAURYS TOURS*** y mediante la presente hago constar que el señor: JUAN CARLOS BALAGUERA VILLAMIZAR, mayor de edad, con cedula de ciudadanía N° 13.507.607 de Cúcuta, civilmente hábil y de este municipio, mantiene vínculos comerciales con nuestra Agencia destacándose por ser una persona seria, de buenos principios, integra, responsable, honesta, y cumplidora con sus deberes y derechos adquiridos. A quien conozco desde hace mas de 15 años.

Constancia que expido y firmo a petición del interesado en Villa del rosario, a los veinte días del mes de Abril del dos mil veintiuno (2021).

Atentamente,

Firma Autorizada
AGENCIA DE VIAJES
LAURY'S TOURS
RNT 88741
NIT 27894453-7
LAURA MILENA GONZALEZ
GERENTE GENERAL

**Calle 3 # 6 – 25 local 01, Barrio Fátima, Villa del rosario, Norte de Santander**
**Telefono: 5651730    y   celular : 350  - 7397679**
**Colombia**

/Logo/Laurys Tours

LAURYS TOURS TRAVEL AGENCY
NIT: 27854453-7
R.N.T. 88741

VILLA DEL ROSARIO, 20th of APRIL 2021

## TO WHOM IT MAY CONCERN

           *I, **LAURA MILENA GONZALEZ**,* Venezuelan, of legal age, bearer of citizenship I.D. No. 27-894-453 from Villa del Rosario and in my capacity as ***GENERAL MANAGER*** and Authorized signee of ***LAURYS TOURS TRAVEL AGENCY,*** hereby attest that: Mr. JUAN CARLOS BALAGUERA VILLAMIZAR, of legal age, bearer of citizenship card No. 13-507-607 from Cucuta, civilly capable and from this municipality, maintains commercial ties with our Agency standing out for being a serious person, of good principles, integrity, responsible, honest, and compliant with its duties and acquired rights. I have known him for more than 15 years.

              Record that I issue and sign at the request of the interested party in Villa del Rosario, on the twentieth day of April, two thousand twenty-one (2021).

Respectfully yours,

*(Signature) /Illegible/*
Authorizing Signature
**/Logo/Laury's Tours**
**RNT 88741**
**NIT 27894453-7**
***LAURA MILENA GONZALEZ***
***GENERAL MANAGER***

Calle (Street) 3 #6 – 25 Local 01, Barrio Fatima. Villa del Rosario of Santander
Telephone: 5651730 and celular: 350 – 7397679
Colombia

***JAA (5)***

**LUIS MARTIN BARRERA ORTIZ**
Consultor de Seguridad
Abogado TP. 174710 C.S. de J.

# CERTIFICACIÓN

Respetuosamente me permito certificar que el doctor **JUAN CARLOS BALAGUERA VILAMIZAR** identificado con la cedula de ciudadanía No 13.507.607, a quien conozco de vista, trato y relaciones profesionales, desde hace más de siete (07) años, destacándose por ser una persona honorable de excelentes costumbres y además cumplidora de sus deberes.

Que el dr. Juan Carlos, no presenta tacha en ninguno de sus ámbitos personales y laborales, quién es digno de confianza y respeto en quienes le conocemos.

Se expide a solicitud del interesado, en San José de Cúcuta a los veinte días del mes de abril del 2021.

Atentamente,

Luis Martín Barrera Ortiz
CC No. 13.925100 de Málaga

AVENIDA 5E No. 38 – 28 STA ROSA DE LIMA – LOS PATIOS TEL 5714557 - 3187493283
lmartinbarrera@hotmail.com

/Logo/  LUIS MARTIN BARRERA ORTIZ
Security Consultant
Attorney TP. 174710 CS of J

# CERTIFICATION

I respectfully certify that Dr. **JUAN CARLOS BALAGUERA VILAMIZAR**, bearer of citizenship I.D.

No. 13-507-607, whom I have known for more than seven (07) years by sight, treatment and professional

relationships, distinguishes himself for being an honorable person of excellent habits and also fulfills his

duties.

That Dr. Juan Carlos, does not present a blemish in any of his personal and work ethics, who is worthy of

trust and respect among those of us who know him.

It is issued at the request of the interested party, in San Jose of Cucuta on the twentieth day of April 2021.


Yours truly,


*(Signature) /Illegible/*
Luis Martin Barrera Ortiz
I.D. No. 13-925100 of Malaga


AVENIDA [Ave.] 5E No. 38 – 28 STA ROSA DE LIMA – LOS PATIOS TEL 5714557 – 3187493283
lmartinbarrera@hotmail.com


*JAA (6)*

# Carta de Referencia Familiar

Medellín, 20 de abril del 2021

**A quien pueda interesar,**

Por medio de la presente me permito recomendar a **JUAN CARLOS BALAGUERA VILLAMIZAR**, de quien tengo la dicha de ser HERMANA, llevando una relación estrecha y de confianza por más de cincuenta años.

JUAN CARLOS BALAGUERA VILLAMIZAR ha crecido en un entorno familiar saludable y respetable. Nuestros padres y familiares nos han inculcado valores como la honestidad, responsabilidad, puntualidad, esfuerzo, perseverancia y respeto.

A los largo de su vida JUAN CARLOS BALAGUERA VILLAMIZAR ha hecho gala de dichos valores, lo cual se ha reflejado especialmente dentro de sus actividades laborales, en donde siempre se ha destacado como una persona brillante y valorada en alta estima por superiores y compañeros.

Considero que JUAN CARLOS BALAGUERA VILLAMIZAR podría ser un activo valioso para cualquier entidad que desee contar con sus servicios, ya que sus deseos de salir adelante y sus cualidades como persona le hacen un colaborador valioso dentro de cualquier entorno.

Por último, y de ser necesario, me presto como aval de su trabajo y de su persona, ya que estoy convencida de que JUAN CARLOS BALAGUERA VILLAMIZAR dará lo mejor de sí, en el ambiente que se desempeñe.

Sin más por el momento quedo a sus órdenes,

**ATENTAMENTE**

LUZ ELENA BALAGUERA HERNANDEZ

c.c.60327969

Domicilio: Carrera 77 No.60-45 apto 909 Edificio Kuarzo, Medellín, Colombia

Tel. 3116675770    lbalaquerah@dian,gov.co

## Family Reference Letter

Medellin, 20th of April 2021

**To Whom It May Concern,**

I hereby speak on behalf of **JUAN CARLOS BALAGUERA VILLAMIZAR**, of whom I am fortunate to be a SISTER to, we have had a close and trusting relationship for more than fifty years.

JUAN CARLOS BALAGUERA VILLAMIZAR has grown up in a healthy and respectable family environment. Our parents and relatives have instilled in us values such as honesty, responsibility, punctuality, effort, perseverance and respect.

Throughout his life JUAN CARLOS BALAGUERA VILLAMIZAR has displayed these values, which has been reflected especially in his work activities, where he has always stood out as a brilliant person and highly valued by superiors and colleagues.

I believe that JUAN CARLOS BALAGUERA VILLAMIZAR could be a valuable asset for any entity that wishes to contract his services, since his desire to succeed and his qualities as a person make him a valuable collaborator within any environment.

Finally, and if necessary, I myself attest to his work and him personally, since I am convinced that JUAN CARLOS BALAGUERA VILLAMIZAR will give the best of himself, in the environment that he might be in.

Without further ado, I remain,

### RESPECTULLY YOURS

*(Signature) /Illegible/*

LUZ ELENA BALAGUERA HERNANDEZ

I.D. 60327969

Address: Carrera 77 No. 60-45, Apt. 909, Building Kuarzo, Medellin Colombia

Tel. 3116675770 lbalaquerah@dian.gov.co

*JAA (7)*



*Panadería y Pastelería El Gran Castillo*
*María Delia Otero Gómez*
*Nit. 60. 365.006-9*

## REFERENCIA PERSONAL

Por medio de la presente hago constar que conozco al Doctor JUAN CARLOS
BALAGUERA VILLAMIZAR identificada con cedula de ciudadanía N: 13.507.607,
Abogado de profesión hace más de veinte años,

El doctor JUAN CARLOS, aparte de ser una persona íntegra, temerosa de Dios, tiene
una calidad humana excepcional, siempre preocupándose por el dolor ajeno, buscando
como poder colaborar.

Es un cliente Premium de la panadería, cuyas compras que realiza las hace con la
finalidad de donarlas a los más necesitados.

Me siento orgullosa de contar con la amistad del  Doctor. JUAN CARLOS
BALAGUERA.

Agradezco la atención prestada

Atentamente

*Panaderia*
**El Gran Castillo**
Mz. 29 L 407 Videlso Av. Principal Los Patios
Tel: 5802450 Cel. 318 4489384 - 318 4579839

MARIA DELIA OTERO GÓMEZ

C.C. 60.365.006

*Manzana 29 Lote 407- Urb.  Videlso – Los Patios*
*Celular 3184489384     Fijo 5802450*

/Logo/
Panaderia [Bakery]
El Gran
Castillo

*Panaderia y Pasteleria [Bakery and Confectionary] El Gran Castillo*
*Maria Delia Otero Gomez*
*NIT. 60-365-006-9*

## PERSONAL REFERENCE

I hereby certify that I have known Dr. JUAN CARLOS BALAGUERA VILLAMIZAR, bearer of

citizenship I.D. No. 13-507-607, attorney by profession, for more than twenty years

Apart from being a person of integrity, fearing God, Dr. JUAN CARLOS has an exceptional human

quality, always worrying about the pain of others, looking for ways to collaborate.

He is a Premium customer of the bakery, such purchases that he makes, he does with the purpose of

donating them to those that are most needy.

I am proud to have the friendship of Dr. JUAN CARLOS BALAGUERA.

Thank you for your attention to this letter.

Yours truly,

**/Ink Stamp/**
*Panaderia [Bakery]*
*El Gran Castillo*
*Ma. 29 L 407 Videlso Av. – Principal Los Patios*
*Tel. 5802450 Cel. 318 4489384 – 318 4579839*
*(Signature) /Illegible/*
**MARIA DELIA OTERO GOMEZ**

**I.D. 60-365-006**

*Manzana [Block] 29 Lote [Lot] 407 – Videlso Urb. – Los Patios*
*Cellular 3184489384    Landline  5802450*

*JAA (8)*



**Doctor**

*SERGIO HERNANDO VILLAMIZAR SAYAGO.*

**MEDICINA INTERNA – GERIATRIA.**

A QUIEN PUEDA INTERIZAR

Yo, SERGIO HERNANDO VILLAMIZAR SAYAGO, medico de profesión, identificado con cc: 13.455.946 de Cúcuta, atentamente me permito certificar que conozco al señor JUAN CARLOS BALAGUERA VILLAMIZAR como una persona honorable, responsable, honesta y cumplidora de sus compromisos y obligaciones

Atentamente,

SERGIO H VILLAMIZAR SAYAGO

Cc: 13.455.946 de Cúcuta.

Reg. Médico: 15919

/Logo/

# Doctor

## *SERGIO HERNANDO VILLAMIZAR SAYAGO*

## INTERNAL MEDICINE – GERIATRICS

TO WHOM IT MAY CONCERN

I, SERGIO HERNANDO VILLAMIZAR SAYAGO, a physician by profession, bearer of I.D. 13-455-946 of Cucuta, respectfully allow myself to attest that I know Mr. JUAN CARLOS BALAGUERA VILLAMIZAR as an honorable, responsible, honest person who complies with his commitments and obligations.

Respectfully yours,

*(Signature) /Illegible/*
**/Ink Stamp/**
**Dr. Sergio Villamizar**
**Internal Medicine – Geriatrics**

SERGIO H VILLAMIZAR SAYAGO

I.D. 13-455-946 of Cucuta

Medical Reg.:  15919

### *JAA (9)*

## A QUIEN PUEDA INTERESAR

Con la presente me permito recomendar de manera especial al señor **JUAN CARLOS BALAGUERA VILLAMIZAR**, identificado con la cédula de ciudadanía # 13.507.607 de Cúcuta (Norte de Santander), a quien conozco desde hace más de treinta (30) años, tiempo durante el cual lo conozco como una persona muy trabajadora, creativa, y emprendedor de negocios, demostrando siempre una excelente conducta en todos sus compromisos adquiridos. Como persona se caracteriza por su honestidad, por ser un buen hijo, un buen padre, un buen hombre de familia en todo el sentido de la palabra, respetuoso, responsable y servicial.

Se expide la presente certificación en la ciudad de Cúcuta, a los veintisiete (27) días del mes de abril del año 2021.

CARLOS ALBERTO ABREO MÉNDEZ
Administrador de Empresas
CC 13.258.548 de Cúcuta
Calle 1AN #6E-65 Quinta Oriental-Cúcuta
Celular 3116716895

# TO WHOM IT MAY CONCERN

I hereby I allow myself to recommend in a special way Mr. **JUAN CARLOS BALAGUERA VILLAMIZAR**, bearer of citizenship I.D. # 13-507-607 of Cucuta (North of Santander), whom I have known for more than thirty (30) years, during this time I have known him as a very hard-working, creative and entrepreneurial person, always demonstrating excellent behavior in all his commitments. As a person he is characterized by his honesty, being a good son, a good father, a good family man in every sense of the word, respectful, responsible and helpful.

This certification is issued in the city of Cucuta, on the twenty-seventh (27th) of the month of the year 2021.

*(Signature) /Illegible/*

**CARLOS ALBERTO ABREO MENDEZ**
Business Administrator
I.D. 13-258-548 of Cucuta
Calle [Street] 1AN #6E-65 Quinta Oriental – Cucuta
Cellular 3116716895

*JAA (10)*

# A QUIEN CORRESPONDA

# RECOMENDACIÓN PERSONAL

Certificó a través de este documento, que conozco de vista trato y comunicación desde hace más de cinco años, al señor **JUAN CARLOS BALAGUERA VILLAMIZAR**, identificado con la C.C No. 13.507.607 expedida en Cúcuta, en este tiempo se ha destacado por ser una persona honesta, trabajadora, de gran responsabilidad, cumplidora de sus obligaciones, y competente para cualquier tipo de actividad que se le encomiende, razones suficientes para recomendarlo con toda seguridad.

Atentamente,

GIMENA MARIA PEREZ BECERRA
C.C No. 60358385 de Cúcuta
Abogada – Fiscal Delegada Ante los Jueces Penales Municipales adscrita a la Unidad de Adolescencia de Cúcuta.
Teléfono- 3204454622

TO WHOM IT MAY CONCERN

PRESONAL REFERENCE

I hereby attest by means of this document, that I have known Mr. JUAN CARLOS BALAGUERA

VILLAMIZAR personally, bearer of I.D. No. 13-507-607 issued in Cucuta for more than five years, during

that time he has stood out for being an honest, hard-working person, of great responsibility, fulfilling his

obligations, and competent for any type of activity that is entrusted to him, sufficient reasons to sincerely

recommend him.

Yours truly,

*(Signature) /Illegible/*
**GIMENA MARIA PEREZ BECERRA**
I.D. No. 60358385 of Cucuta
Attorney – Deputy Prosecutor Before the Municipal Criminal Judges associated to the Juvenile
Unit of Cucuta
Telephone:  3204454622

***JAA (11)***

## CERTIFICATION OF THE TRANSLATOR

*I attest:* That I read and write English and Spanish. That I am a qualified translator. **That** the preceding (11) pages, translated by me and initialed by me, constitute an accurate, complete and truthful English translation from copies of the Spanish document/s to the best of my ability and knowledge.

Document (s): **REFERENCES LETTERS////COLOMBIA**

Related To:    *JUAN CARLOS BALAGUERA VILLAMIZAR*

*jorge acosta*
**JORGE A. ACOSTA**
QUALIFIED TRANSLATOR
**#10-00141 SPA**

Miami (Florida), April 26, 2021

## TO WHOM IT MAY CONCERN

The undersigned, declare that during this time of coexistence with Mr. JUAN CARLOS BALAGUERA VILLAMIZAR, we can attest and certify that he is a great human being, honest, responsible, respectful and with great values.

Likewise, he is a person who can contribute a lot to society in the different fields that he has worked for many years of his life, due to his great experience and his qualities as a business leader.

Since May 2020 we have had the opportunity to share daily and enjoy your company day by day and we can certify the aforementioned.

**CARLOS RODRIGUEZ**                    **ZULAY ACOSTA**

**CARLOS RODACOST**

DANNY THOMAS, FOUNDER, 1962

# 2021 CERTIFICATE OF APPRECIATION

St. Jude Children's
Research Hospital

Presented to:

## Juan Carlos Balaguera

In recognition of outstanding support in helping
St. Jude Children's Research Hospital keep its promise to children
and families battling cancer and other deadly diseases.

Presented with gratitude by:

*Marlo Thomas*

Marlo Thomas

Featuring St. Jude patient artwork