LAW OFFICES

# OSCAR S. RODRIGUEZ, LLC

4500 LE JEUNE ROAD
CORAL GABLES, FLORIDA 33146
TELEPHONE: (305) 445-2000
FAX (305) 445-9007

**September 10, 2021**

**BY ECF**

The Honorable Jed S. Rakoff
United States District Court, Southern District of New York
The Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *United States v. Juan Carlos Balaguera Villamizar*
    Case No.: 1:21CR00292-001

Dear Judge Rakoff:

The defendant, Juan Carlos Balaguera Villamizar, through undersigned counsel, respectfully submits this letter memorandum requesting the release of his passport for the purpose of returning to his home in Colombia. In support of this motion, Balaguera states as follows:

Balaguera pled guilty to a one-count Information charging him with conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(a)(3)(B), in violation of 18 U.S.C. § 1956(h). On September 9, 2021, Your Honor sentenced Balaguera to "time served," closing this case. Balaguera's passport is in the possession of the U.S. Pretrial Services Office for the Southern District of New York. As soon as Balaguera receives his passport, he will return to his home in Cucuta, Colombia.

Respectfully submitted,
OSCAR S. RODRIGUEZ

*/s/ Oscar S. Rodriguez*

**ORDER GRANTING THE RELEASE OF JUAN CARLOS BALAGUERA VILLAMIZAR'S PASSPORT**

Signed: _____[signature]_____    Date: 9/18/21
The Honorable Jed S. Rakoff
United States District Judge

1